# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS DOMINGO-ROS; YONI JACINTO GARCIA; and EDWIN JUAREZ-COBON,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations; and JEREMY CASEY, Warden, Imperial Regional Detention Facility, Calexico, California,<br><br>Respondents-Defendants. | Case No.: 25-cv-1208-DMS-DEB<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

A status conference was held on May 19, 2025. Niels W. Frenzen and Jean Elizabeth Reisz appeared for Petitioners, and Erin Dimbleby and Lisa M. Hemann appeared for Respondents. After hearing from counsel, the Court hereby **ORDERS** the following:

1. The evidentiary hearing set for May 22, 2025 at 9:00 AM is hereby **VACATED**. The parties shall have until **Tuesday**, **May 27, 2025** at **12:00 PM** to file a joint motion and order dismissing Petitioners' habeas petition.

2. If the parties do not file a joint motion and order dismissing Petitioners'

habeas petition, the parties' deadline to file their respective supplemental briefs on Petitioner's request for preliminary injunction shall be **RESET** to **Thursday, May 29, 2025** at **4:30 PM**. The preliminary injunction hearing set for **Friday, May 30, 2025** at **1:30 PM** in **Courtroom 13A** shall remain on calendar absent the filing of an order dismissing Petitioners' habeas petition.

**IT IS SO ORDERED.**

Dated: May 19, 2025

Hon. Dana M. Sabraw
United States District Judge