# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS DOMINGO-ROS, et al., <br><br> Petitioners, <br><br> v. <br><br> GREGORY J. ARCHAMBEAULT; et al., <br><br> Respondents. | Case No.: 25-cv-1208-DMS-DEB <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** |

Having considered the parties' Joint Motion to Dismiss, and finding good cause therefor, the Joint Motion is hereby **GRANTED**. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: May 22, 2025

Hon. Dana M. Sabraw
United States District Judge